4-5900.040583
**DWYER, CONNELL AND LISBONA**
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendants TOWNSHIP OF KEARNY, TOWNSHIP OF KEARNY POLICE DEPARTMENT, CHIEF OF POLICE OF THE TOWNSHIP OF KEARNY POLICE DEPARTMENT JOHN DOWIE, AND POLICE OFFICER JOSE RESUA

| | |
|---|---|
| Plaintiff, : | **UNITED STATES DISTRICT COURT** |
| DAVID ANTHONY BESTONE : | **DISTRICT OF NEW JERSEY** |
| : | |
| vs. : | Civil Action Number: |
| : | 09-1865(SDW-MCA) |
| Defendants, : | (HUD-L-1109-09) |
| TOWNSHIP OF KEARNY, : | |
| TOWNSHIP OF KEARNY POLICE | |
| DEPARTMENT, CHIEF OF POLICE | |
| OF THE TOWNSHIP OF KEARNY | VOLUNTARY STIPULATION OF |
| POLICE DEPARTMENT JOHN : | DISMISSAL, WITH PREJUDICE |
| DOWIE, CAPTAIN THOMAS : | |
| OSBORNE, POLICE OFFICER : | |
| PAUL BERSHEFSKI, POLICE : | |
| OFFICER JOSE RESUA, : | |
| POLICE OFFICER LOUIS : | |
| MORAN, POLICE OFFICER : | |
| JOHN DOE 1-10, and POLICE | |
| OFFICER MINNIE MOE 1-10 : | |
| (fictitious entities : | |
| whose exact identities : | |
| are presently unknown to: | |
| Plaintiff) | |
| : | |

It is hereby stipulated and agreed that all claims asserted by Plaintiff **DAVID ANTHONY BESTONE** against Defendants **TOWNSHIP OF KEARNY, TOWNSHIP OF KEARNY POLICE DEPARTMENT, CHIEF OF POLICE OF THE TOWNSHIP OF KEARNY POLICE DEPARTMENT JOHN DOWIE, CAPTAIN THOMAS OSBORNE, POLICE OFFICER PAUL BERSHEFSKI, POLICE OFFICER JOSE RESUA, POLICE OFFICER LOUIS MORAN, POLICE OFFICER JOHN DOE 1-10, and POLICE OFFICER MINNIE MOE 1-10** (fictitious entities

whose exact identities are presently unknown to Plaintiff) are hereby voluntarily dismissed with prejudice and without attorney fees and costs as to all parties.

Dated: 11/10/09

DWYER, CONNELL AND LISBONA

By: _____
    WILLIAM T. CONNELL
Attorneys for Defendants
TOWNSHIP OF KEARNY, TOWNSHIP
OF KEARNY POLICE DEPARTMENT,
CHIEF OF POLICE OF THE TOWNSHIP
OF KEARNY POLICE DEPARTMENT
JOHN DOWIE, AND POLICE OFFICER
JOSE RESUA

POLLACK AND ROSEN, P.A.

By: _____
    DAVID J. MICHELSON
Attorney for Plaintiff

JOHN R. PARKER, LLC.

By: _____
    JOHN R. PARKER
Attorneys for Defendant
POLICE OFFICER PAUL
BERSHEFSKI

THE STONE LAW GROUP

By: _____
    MICHAEL JOHN STONE
Attorney for Defendant
POLICE OFFICER LOUIS
MORAN

GOLDEN, ROTHSCHILD, SPAGNOLA,
LUNDELL, LEVITT AND BOYLAN

By: _____
    GARY S. SPAGNOLA
Attorneys for Defendant
CAPTAIN THOMAS OSBORNE

SO ORDERED: _____
             SUSAN D. WIGENTON, U.S.D.J.